COURTROOM DEPUTY'S MINUTES                MIDDLE DISTRICT OF ALABAMA
-------------------------------------------------------------------------------------------------
√ INITIAL APPEARANCE                      DATE: November 29, 2006
❏ BOND HEARING
❏ DETENTION HEARING                       Digital Recording 4:05 - 4:25
❏ PRELIMINARY (EXAMINATION)(HEARING)
❏ REMOVAL HEARING (R.40)
√ ARRAIGNMENT
-------------------------------------------------------------------------------------------------

**PRESIDING MAG. JUDGE:** Susan Russ Walker     **DEPUTY CLERK:** Joyce Taylor

**CASE NO.** 2:06cr271-WKW                     **DEFENDANT NAME:** Corey Harvey

**AUSA:** Susan Redmond                        **DEFT. ATTY:** Bruce Maddox (limited appearance)*

Type Counsel: (√)Retained; ( ) CJA; ( ) Waived; ( ) FPD

**USPO/USPTS:** Tamara Martin

Interpreter needed: ( √ ) NO; ( )YES   Name:

_____

| | |
|---|---|
| √ | Date of Arrest November 29, 2006 or ❏ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ❏ Prob/Sup Rel Violator |
| √ | Financial Affidavit executed |
| ❏ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ❏ | Panel Attorney Appointed; ❏ to be appointed - prepare voucher |
| ❏ | Deft. Advises he will retain counsel.  Has retained _____ |
| ❏ | ❏ Government's ORAL Motion for Detention Hrg. ❏ to be followed by written motion; ❏ Government's WRITTEN Motion for Detention Hrg. filed |
| ❏ | Detention Hearing ❏ held; ❏set for |
| ❏ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❏ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| √ | Release order entered.  Deft advised of conditions of release |
| √ | √ BOND EXECUTED (M/D AL charges) $25,000.00. Deft released |
|   | ❏ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❏ | Bond not executed.  Defendant to remain in Marshal's custody |
| ❏ | Deft. ORDERED REMOVED to originating district |
| ❏ | Waiver of ❏ preliminary hearing; ❏ Waiver Rule 40 hearing |
| ❏ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury |
| √ | ARRAIGNMENT √ HELD. Plea of NOT GUILTY entered. ❏Set for DISCOVERY DISCLOSURE DATE:  11/29/06 |
| ❏ | WAIVER of Speedy Trial.        CRIMINAL TERM:   April 23, 2007 |
| √ | NOTICE to retained Criminal Defense Attorney handed to counsel |

**\*Mr. Maddox to notify the Court by 12/1/06 as to whether or not he will be retained as counsel. Court will appoint counsel for this defendant if Mr. Maddox has not been retained.**