IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| V. | * CASE NO. 2:06-CR-271-WKW |
| COREY HARVEY, ET AL. | * |
| Defendants. | * |

## NOTICE OF APPEARANCE

Comes now the undersigned counsel and files this Notice of Appearance for Corey Harvey. This appearance does not include, without further fees, any appellate matters.

Respectfully submitted this the 4th day of December, 2006.

                                                        s/Bruce Maddox
                                                        Bruce Maddox (MAD013)
                                                        Attorney for Corey Harvey

Of Counsel:

Law Offices of Bruce Maddox
6728 Taylor Court
Montgomery, Alabama 36117
Phone: (334) 244-7333
Fax: (334) 260-9600

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of December, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to John Harmon Asst. United States Attorney.

Respectfully submitted.

                                                        s/Bruce Maddox
                                                        Of Counsel