IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| V. | * | CASE NO. 2:06-CR-271-WKW |
| | * | |
| COREY HARVEY, ET AL. | * | **UNOPPOSED** |
| | * | |
| Defendants. | * | |

**JOINDER IN MOTION TO CONTINUE PRE-TRIAL HEARING AND
MOTION FOR EXPANSION OF TIME TO FILE MOTIONS**

Comes now the undersigned counsel and files this Joinder in Motion to Continue Pre-Trial Hearing and Motion for Expansion of Time to File Motions in the above action. In support hereof the Defendant Harvey would show unto this Honorable Court the following:

1. Co-Defendant Preston Grice has moved to continue the Pretrial Conference of Monday, December 18, 2006. Defendant Harvey joins in that Motion.

2. Due to the birth of counsel's granddaughter on this date, and due to his heavy court schedule and the volume of discovery, he does not have sufficient time available to research and file motions as scheduled.

WHEREFORE, Defendant Harvey would respectfully pray that this Honorable Court grant this Joinder in Motion to Continue Pre-Trial Hearing and expand the time period by seven (7) days in which this Defendant has to file motions.

                                            s/Bruce Maddox
                                            Bruce Maddox (MAD013)
                                            Attorney for Corey Harvey
                                            6728 Taylor Court
                                            Montgomery, Alabama 36117
                                            Phone: (334) 244-7333
                                            Fax: (334) 260-9600

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of December, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to appropriate parties.

s/Bruce Maddox
Of Counsel