| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** December 18, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:41 - 3:45 |

**PRETRIAL CONFERENCE**

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 2:06cr271-WKW | **DEFENDANT(S)** Preston Grice, Corey Harvey |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | Don Madison (Grice) |
| Susan Redmond | * | Bruce Maddox (Harvey) |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**
  Completed

☐ **PENDING MOTION STATUS:**
  Defendants' ORAL MOTION to extend time to file pretrial motions.
  Government has no objections.
  Court's ORAL ORDER granting motion and extending pretrial motion deadline to 12/28/06.

☐ **PLEA STATUS:**
  No plea discussions at this point
  Notice of intent to change plea to be filed on or before noon on 4/11/07

☐ **TRIAL STATUS**
  Trial time - 3-4 days

☐ **REMARKS:**