IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| V. | * | CASE NO. 2:06-CR-271-WKW |
| | * | |
| **COREY HARVEY, ET AL.** | * | |
| | * | |
| **Defendants.** | * | |

## UNOPPOSED MOTION TO CONTINUE

Comes now the undersigned counsel and files this Unopposed Motion to Continue the trial in the above action. In support hereof the Defendant Harvey would show unto this Honorable Court the following:

1. Trial is set for April 23, 2007.

2. Undersigned counsel received a Recommendation of the Magistrate Judge regarding defendant's previously filed Motion to Dismiss on March 9, 2007. Defendant intends to object to the Recommendation and the deadline is March 22, 2007.

3. Defendant received a Recommendation of the Magistrate Judge regarding defendant's previously filed Motion to Suppress on March 15, 2007, in which defendant intends to file objections and the deadline is March 28, 2007.

4. Defendant cannot reasonably be prepared for trial prior to final rulings on recommendations and objections and defendant believes a continuance should be granted until the courts rulings are final.

5. I have consulted with Susan Redmond who has no objections and I have notified

Donald Madison, counsel for co-defendant, and he has no objections.

WHEREFORE, Defendant Harvey would respectfully pray that this Honorable Court grant this Unopposed Motion to Continue.

        s/Bruce Maddox
        Bruce Maddox (MAD013)
        Attorney for Corey Harvey
        6728 Taylor Court
        Montgomery, Alabama 36117
        Phone: (334) 244-7333
        Fax: (334) 260-9600

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to appropriate parties.

        s/Bruce Maddox
        Of Counsel