IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| V. | * CASE NO. 2:06-CR-271-WKW |
| COREY HARVEY, ET AL. | * |
| Defendants. | * |

## UNOPPOSED MOTION TO CONTINUE

Comes now the undersigned counsel and files this Unopposed Motion to Continue the trial in the above action. In support hereof the Defendant Harvey would show unto this Honorable Court the following:

1. Trial is set for August 6, 2007.

2. Defendant Harvey and the Government are in the process of continued investigation and exploration achieving a non-trial disposition of the case.

3. Undersigned has conferred with the Government and both Defendant Harvey and the Government agree that a further period of ninety (90) days will be necessary to adequately resolve pending issues.

4. Undersigned has consulted with Donald Madison, counsel for co-defendant, and he has no objections to continuance.

WHEREFORE, Defendant Harvey would respectfully pray that this Honorable Court grant this Unopposed Motion to Continue.

s/Bruce Maddox
Bruce Maddox (MAD013)
Attorney for Corey Harvey
6728 Taylor Court
Montgomery, Alabama 36117
Phone: (334) 244-7333
Fax: (334) 260-9600
retrocam@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of July, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to appropriate parties.

s/Bruce Maddox
Of Counsel