IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
|     **Plaintiff,** | * | |
| | * | |
| **V.** | * | CASE NO. 2:06-CR-271-WKW |
| | * | |
| **COREY HARVEY, et al.** | * | |
| | * | |
|     **Defendants.** | * | |

**UNOPPOSED MOTION TO CONTINUE**

Comes now the undersigned counsel and files this Unopposed Motion to Continue the trial in the above action. In support hereof the Defendant Harvey would show unto this Honorable Court the following:

1. Defendant testified for the Government at the trial of his former Co-defendant, Preston Grice.

2. Mr. Grice was due to be sentenced on January 17, 2008. The sentencing hearing for Preston Grice has been continued until April 15, 2008. It is anticipated that Defendant Harvey will testify once again at the sentencing of Preston Grice. Delaying Defendant Harvey's trial until after the sentencing of Preston Grice will contribute significantly to the resolution of Defendant's case without trial and it will also enable Defendant to have a better grasp of the range of punishment he is facing which will further aid the process of resolution of the case.

3. Undersigned counsel has conferred with Susan Redmond and she does not oppose this motion.

WHEREFORE, Defendant Harvey would respectfully pray that this Honorable Court grant

this Unopposed Motion to Continue.

                                                        s/Bruce Maddox
                                                        Bruce Maddox (MAD013)
                                                        Attorney for Corey Harvey
                                                        6728 Taylor Court
                                                        Montgomery, Alabama 36117
                                                        Phone: (334) 244-7333
                                                        Fax: (334) 260-9600
                                                        retrocam@aol.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 11th day of January, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to appropriate parties.

                                                        s/Bruce Maddox
                                                        Of Counsel