## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| V. | * CASE NO. 2:06-CR-271-WKW |
| COREY HARVEY, ET AL. | * |
| Defendants. | * |

### WAIVER OF SPEEDY TRIAL BY DEFENDANT

Comes now Defendant Corey Harvey, with counsel, and in support of his Motion to Continue, filed concurrently herewith, waives the right to speedy trial granted by 18 U. S. Code 3161 stating the grounds stated in his aforesaid Motion for Continuance and the interests of justice outweigh the interests of himself and the government in the right to speedy trial granted by said 18 U. S. Code 3161. Defendant makes this Waiver having conferred fully with counsel, and with counsel's concurrence. Defendant further makes this Waiver with the understanding that such a continuance may cause a delay of several months in his trial.

Respectfully submitted this the 11th day of January, 2008.

_Corey Harvey_
Corey Harvey, Defendant

s/Bruce Maddox
Bruce Maddox (MAD013)
Attorney for Corey Harvey
6728 Taylor Court
Montgomery, Alabama 36117
Phone: (334) 244-7333
Fax: (334) 260-9600

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of January, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to appropriate parties.

s/Bruce Maddox
Of Counsel
