IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CASE NO. 2:06-CR-271-WKW |
| ) | |
| COREY HARVEY ) | |

## **ORDER**

This case is before the Court on defendant Corey Harvey's Unopposed Motion to Continue. (Doc. # 94.) It is ORDERED that this motion is DENIED.

DONE this 11th day of January, 2008.

       /s/ W. Keith Watkins
       UNITED STATES DISTRICT JUDGE