IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| V. | * | CASE NO. 2:06-CR-271-WKW |
| | * | |
| COREY HARVEY, ET AL. | * | |
| | * | |
| Defendants. | * | |

## NOTICE OF INTENT TO CHANGE PLEA

Comes now Defendant Corey Harvey and notifies the Court that he intends to change his plea previously entered. Pursuant to a plea agreement reached but not yet signed with the Government, Defendant intends to enter a guilty plea in this cause. Defendant requests the Court to set a date for the entry of said plea.

Respectfully submitted this 18th day of January, 2008.

s/Bruce Maddox
Bruce Maddox (MAD013)
Attorney for Corey Harvey
6728 Taylor Court
Montgomery, Alabama 36117
Phone: (334) 244-7333
Fax: (334) 260-9600
retrocam@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of January, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to appropriate parties.

s/Bruce Maddox
Of Counsel