IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr271-WKW |
| | ) | |
| COREY HARVEY | ) | |

## **ORDER**

Pursuant to the defendant's *Notice of Intent to Change Plea* (Doc. #98) filed on January 18, 2008, it is hereby

ORDERED that the defendant, COREY HARVEY, appear with counsel before the undersigned Magistrate Judge on January 29, 2008 at 9:00 a.m. in Courtroom 5B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, to enter a change of plea.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

Counsel for the defendant is **DIRECTED** to confer with the defendant prior to the proceeding set in this order and: (1) advise the defendant about the Sentencing Guidelines, and the fact that while the Sentencing Guidelines are no longer mandatory the Guidelines remain an important factor which the court will consider in determining a reasonable sentence; (2) advise the defendant that in determining a

reasonable and appropriate sentence, the court will consider the sentencing factors set forth in 18 U.S.C. § 3553(a) in addition to the Guidelines; and (3) explain to the defendant each of those factors specifically, including (a) the nature and circumstances of the offense and the history and characteristics of the defendant; (b) the need to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense; ( c) the need for deterrence; (d) the need to protect the public; (e) the need to provide the defendant with needed educational or vocational training or medical care; (f) the kinds of sentences available; (g) the need to avoid unwanted sentencing disparities; and (h) the need to provide restitution to victims.

Done, this 23rd day of January, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE