IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| V. | * | CASE NO. 2:06-CR-271-WKW |
| | * | |
| **COREY HARVEY, et al.** | * | |
| | * | |
| **Defendants.** | * | |

## UNOPPOSED MOTION TO CONTINUE

Comes now the undersigned counsel and files this Unopposed Motion to Continue sentencing in the above action. In support hereof the Defendant Harvey would show unto this Honorable Court the following:

1. Sentencing for Preston Grice, former co-defendant, has been continued until July 22, 2008. It is anticipated that Defendant Harvey will testify at the sentencing of Preston Grice. Delaying sentencing for Defendant Harvey until after the sentencing of Preston Grice will allow him to fully cooperate with the United States and aid the court in determining an appropriate sentence.

2. Undersigned counsel has conferred with Susan Redmond and she does not oppose this motion.

WHEREFORE, Defendant Harvey would respectfully pray that this Honorable Court grant this Unopposed Motion to Continue.

s/Bruce Maddox
Bruce Maddox (MAD013)
Attorney for Corey Harvey
6728 Taylor Court
Montgomery, Alabama 36117

Phone: (334) 244-7333
Fax: (334) 260-9600
retrocam@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to appropriate parties.

s/Bruce Maddox
Of Counsel