IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06cr271-WKW |
| ) | |
| COREY HARVEY ) | |

## **ORDER**

Defendant Corey Harvey has filed an Unopposed Motion to Continue (Doc. # 114) in which he seeks a continuance of his sentencing date. Harvey states as grounds for his motion that a continuance is necessary so that he can fully cooperate with the United States by testifying at the sentencing of his co-defendant Preston Grice. Harvey has previously testified against Grice at Grice's criminal trial. It is ORDERED that the Motion to Continue is DENIED.

DONE this 22nd day of April, 2008.

　　　　　　　　　　　　　　　　　　/s/  W. Keith Watkins
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE