IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr271-WKW |
| | ) | |
| COREY HARVEY | ) | |

## **ORDER**

It is ORDERED that the sentencing of Defendant Corey Harvey set for May 14, 2008, at 9:15 a.m. is RESET for **May 14, 2008, at 10:45 a.m.**

DONE this 13th day of May, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE