AO 245B  (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 6

DEFENDANT: **COREY HARVEY**
CASE NUMBER: **2:06CR271-WKW-02**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**Sixty (60) months. Subject to the rules of the Bureau of Prison, the Court recommends that defendant receive credit for time served in case number 2:05CR267-MHT.**

X The court makes the following recommendations to the Bureau of Prisons:

**The Court recommends that defendant be designated to a facility where Intensive Residential Substance Abuse Treatment is available.**

**The Court further recommends that defendant be designated to a facility where vocational training is available.**

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

X The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  X before 2 p.m. on **June 27, 2008** .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant v/s on _6/27/08_ to _FCC Yazoo City_ at _Yazoo City, MS_ , with a certified copy of this judgment.

_Bruce Pearson, Warden_
~~UNITED STATES MARSHAL~~

By _Tracy Walker, U.S._
~~DEPUTY UNITED STATES MARSHAL~~

[Stamp: RETURNED AND FILED JUL - 2 2008 CLERK U.S. DISTRICT COURT MIDDLE DIST. OF ALA.]