IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )  )  | |
| v.                                   )    | CASE NO. 2:06cr271-WKW |
|                                       )    | |
| COREY HARVEY                 )    | |

## FINAL ORDER OF FORFEITURE

This case is before the court on the Government's Motion for a Final Order of Forfeiture (Doc. # 125), it is ORDERED that the motion is GRANTED.  On February 7, 2008, this court entered a Preliminary Order of Forfeiture (Doc. #106), forfeiting the following firearms to the United States:

>One HI-POINT, Model C9, 9mm, semi-automatic pistol, bearing serial number P134645;

>One Remington, 12 gauge Model 870 shotgun, bearing serial number A296322M;

>One Remington Woodmaster, Model 742, 6mm rifle, bearing serial number 340439;

>One Savage Arms, 12 gauge Stevens Model 94, shotgun, bearing serial number P687773; and,

>One AT4 Military Assault weapon.

WHEREAS, publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims as the property is of *de minimus* value and publication would exceed the property's value;

WHEREAS, the Remington Woodmaster, Model 742, 6mm rifle, bearing serial

number 340439 was reported as stolen and will be returned to its lawful owner; and,

WHEREAS, the court finds that defendant Corey Harvey has an interest in the firearms that are subject to forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c). The United States has established the requisite nexus between such firearms in the commission of the violation of Title 18, United States Code, Section 924(c)(1)(A).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The following firearms are hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c):

    One HI-POINT, Model C9, 9mm, semi-automatic pistol, bearing serial number P134645;

    One Remington, 12 gauge Model 870 shotgun, bearing serial number A296322M;

    One Savage Arms, 12 gauge Stevens Model 94, shotgun, bearing serial number P687773; and,

    One AT4 Military Assault weapon.

2. All right, title and interest to the firearms described above is hereby condemned, forfeited and vested in the United States and shall be disposed of according to law;

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

4. The Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

SO ORDERED this the 15th day of July, 2008.

                    /s/ W. Keith Watkins
               UNITED STATES DISTRICT JUDGE